| | |
|---|---|
| 1 | Albin H. Gess (#052404) |
|   | agess@swlaw.com |
| 2 | William S. O'Hare (#082562) |
|   | wohare@swlaw.com |
| 3 | Colin R. Higgins (#268364) |
|   | chiggins@swlaw.com |
| 4 | SNELL & WILMER L.L.P |
|   | 600 Anton Boulevard, Suite 1400 |
| 5 | Costa Mesa, CA 92626-7689 |
|   | Telephone: (714) 427-7000 |
| 6 | Facsimile: (714) 427-7799 |

7  Attorneys for Plaintiffs
   William J. Thompson, Keith L. Watkins, and
8  Tomarco Contractor Specialties, Inc.

9

10 Colby B. Springer (#214868)
   CSpringer@LRLaw.com
   Brent Rasmussen (admitted *pro hac vice*)
11 BRasmussen @LRLaw.com
   LEWIS AND ROCA LLP
12 2440 West El Camino Real, 6th Floor
   Mountain View, CA 94040-1499
13 Telephone: (650) 391-1394
   Facsimile: (650) 391-1395
14
   Attorneys for Defendant Mason West, Inc.
15

16                 UNITED STATES DISTRICT COURT

17                 CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | WILLIAM J. THOMPSON; KEITH L. ) | |
|    | WATKINS; AND TOMARCO ) | |
| 19 | CONTRACTOR SPECIALTIES, INC. ) | Case No. SACV 11-0683 AN |
|    | ) | |
| 20 | Plaintiffs, ) | **STIPULATION OF DISMISSAL** |
|    | ) | **WITHOUT PREJUDICE** |
| 21 | vs. ) | |
|    | ) | |
| 22 | MASON WEST, INC., ) | |
|    | ) | |
| 23 | Defendant. ) | |
|    | ) | |
| 24 | | |

25     Pursuant to Federal Rule of Civil Procedure 41(a)(1), William J. Thompson,

26 Keith L. Watkins, and Tomarco Contractor Specialties, Inc. (the "Plaintiffs"),

27 through their undersigned counsel, and Mason West, Inc. (the "Defendant"),

28

through its undersigned counsel, stipulate and agree to the dismissal of all claims asserted by the Plaintiffs against the Defendant and to the dismissal of all counterclaims asserted by the Defendant against the Plaintiffs without prejudice, each party bearing its own costs and expenses, including any attorney's fees.

Dated: December 21, 2011.                Dated: December 21, 2011

SNELL & WILMER L.L.P.                    LEWIS AND ROCA LLP


/s/ Albin H. Gess                        /s/ Colby B. Springer
Albin H. Gess                            Colby B. Springer
600 Anton Boulevard, Suite 1400          2440 West El Camino Real, 6th Floor
Costa Mesa, CA 92626-7689                Mountain View, CA 94040-1499

*Attorney for Plaintiffs William J. Thompson, Keith L. Watkins, and Tomarco Contractor Specialties, Inc.*    *Attorney for Defendant Mason West, Inc.*

2

14171633

*William J. Thompson, et al. v. Mason West, Inc.*
US District Court, Central District, Case No. SACV11-0683 AN

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I filed the document described as **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Colby B. Springer<br>Lewis and Roca<br>2440 West El Camino Real, 6th Floor<br>Mountain View, CA 94040 | Attorneys for Defendant Mason West, Inc.<br><br>T: 650 391-1394<br>F: 650 391-1395<br><br>CSpringer@LRLaw.com |
| Brent Rasmussen (*Pro Hac Vice*)<br>Lewis and Roca<br>40 North Central Avenue., 19th Floor<br>Phoenix, AZ 85004 | Attorneys for Defendant Mason West, Inc.<br><br>T: 602 262-5790<br>F: 602 734-3905<br><br>BRasmussen@LRLaw.com |
| Dated: December 21, 2011 | SNELL & WILMER L.L.P.<br><br>By: /S/ Albin H. Gess<br>Albin H. Gess<br>William S. O'Hare<br>Colin R. Higgins<br>Attorneys for Plaintiffs William J. Thompson, Keith L. Watkins and Tomarco Contractor Specialties, Inc. |

13571367.1

CERTIFICATE OF SERVICE
Case No.: SACV11-0683 AN