1  ~~Albin H. Gess (#052404)~~
   ~~agess@swlaw.com~~
2  ~~William S. O'Hare (#082562)~~
   ~~wohare@swlaw.com~~
3  ~~Colin R. Higgins (#268364)~~
   ~~chiggins@swlaw.com~~
4  ~~SNELL & WILMER L.L.P~~
   ~~600 Anton Boulevard, Suite 1400~~
5  ~~Costa Mesa, CA 92626-7689~~
   ~~Telephone: (714) 427-7000~~
6  ~~Facsimile: (714) 427-7799~~

MAKE JS-6

7  ~~Attorneys for Plaintiffs~~
   ~~William J. Thompson, Keith L. Watkins, and~~
8  ~~Tomarco Contractor Specialties, Inc.~~

9

10 ~~Colby B. Springer (#214868)~~
   ~~CSpringer@LRLaw.com~~
11 ~~Brent Rasmussen (admitted *pro hac vice*)~~
   ~~BRasmussen@LRLaw.com~~
12 ~~LEWIS AND ROCA LLP~~
   ~~2440 West El Camino Real, 6th Floor~~
13 ~~Mountain View, CA 94040-1499~~
   ~~Telephone: (650) 391-1394~~
14 ~~Facsimile: (650) 391-1395~~

15 ~~Attorneys for Defendant Mason West, Inc.~~

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18 WILLIAM J. THOMPSON; KEITH L.  )
   WATKINS; AND TOMARCO          )
19 CONTRACTOR SPECIALTIES, INC.  )   Case No. SACV 11-0683 AN
                                 )
20              Plaintiffs,      )   **~~PROPOSED~~ ORDER**
                                 )   **REGARDING STIPULATION OF**
21      vs.                      )   **DISMISSAL WITHOUT**
                                 )   **PREJUDICE**
22 MASON WEST, INC.,             )
                                 )
23              Defendant.       )
                                 )
24 _____)

25

26

27

28

14171907

ORDER RE STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
Case Number: SACV 11-0683AN

Pursuant to an agreement between the parties and good cause appearing;

IT IS HEREBY ORDERED that:

1. Plaintiffs William J. Thompson, Keith L. Watkins, and Tomarco Contractor Specialties, Inc.'s claims against Defendant Mason West, Inc. are dismissed without prejudice;

2. Defendant Mason West, Inc.'s counterclaims asserted against Plaintiffs William J. Thompson, Keith L. Watkins, and Tomarco Contractor Specialties, Inc. are dismissed without prejudice; and

3. Each party shall bear its own costs and expenses, including any attorneys' fees.

DATED: December 21, 2011

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE